# MEMORANDUM DECISIONS.

ACKERMAN, Appellant, v. ACKER-MAN, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Marie Ackerman against Viola Ackerman. H. T. Kingsley, for appellant. C. S. Davison, for respondent. No opinion. Judgment affirmed, with costs.

PATTERSON and LAUGHLIN, JJ., dissenting.

---

ADAMS, Respondent, v. BENSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Abraham L. Adams against Peter Benson. No opinion. Judgment of the municipal court affirmed by default, with costs.

---

In re ADIRONDACK TRUST CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) In the matter of the examination of the Adirondack Trust Company upon its application to be named as a depository of court funds. No opinion. Motion granted.

---

ALLEN v. UNITED TRACTION CO. et al. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Elmer J. Allen, an infant, by Hector W. Allen, his guardian ad litem, against the United Traction Company and the city of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

---

ALLERTON, Respondent, v. STEELE, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Charlotte A. Allerton against Edgar W. Steele. No opinion. Judgment and order unanimously affirmed, with costs.

---

AMERICAN METTLE CO., Appellant, v. EXPOSITION CARTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by the American Mettle Company against the Exposition Carting Company.

PER CURIAM. Judgment of special term and municipal court reversed, and new trial ordered, with costs to the appellant to abide event. Held, that in view of the rule laid down by the court of appeals in the case of McDonald v. Railway Co., 167 N. Y. 66, 60 N. E. 282, there was sufficient evidence of the defendant's responsibility for the loss of the plaintiff's property to put the defendant to its proof.

---

AMERICAN PRESS ASS'N, Respondent, v. BRANTINGHAM, Respondent (WESTCHESTER TRUST CO., Appellant). (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by the American Press Association against May T. Brantingham and the Westchester Trust Company. B. F. Einstein, for appellant. P. Wilcox, for respondent American Press Ass'n. A. Thain, for respondent Brantingham. No opinion. Judgment affirmed, with costs.

---

ARENA v. HARLEM YACHT CLUB. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Frank Arena against the Harlem Yacht Club. No opinion. Motion granted, with $10 costs.

---

BARNETT, Appellant, v. COLONIAL MINERAL SPRINGS CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Lissa M. Barnett against the Colonial Mineral Springs Company and others. No opinion. Order reversed on argument, with $10 costs and disbursements.

---

BARNUM et al., Respondents, v. HOOKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Curtis A. Barnum and others against Horace M. Hooker and another. No opinion. Judgment unanimously affirmed, with costs.